# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

———————————————————————
|  | : |  |
|---|---|---|
| TODD MICHAEL SPOTH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 18-cv-4562 |
| | : | |
| ARIYAN ARSIANI, p/k/a ACTION BRONSON, | : | |
| BIZ 3 INC., | : | |
| SHADY RECORDS, INC., and | : | COMPLAINT AND JURY |
| GOLIATH ARTISTS, INC. | : | DEMAND |
| | : | |
| Defendants. | : | |
| | : | |

———————————————————————:

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, TODD MICHAEL SPOTH ("Spoth" or "Plaintiff"), brings this complaint in the United States District Court for the Eastern District of New York against ARIYAN ARSIANI, p/k/a ACTION BRONSON ("Bronson"), BIZ 3 INC. ("Biz"), SHADY RECORDS, INC. ("Shady"), and GOLIATH ARTISTS, INC ("Goliath") (collectively "Defendants"), alleging as follows:

## PARTIES

1.  Plaintiff is an experienced, award-winning commercial photographer specializing in editorial, corporate, and advertising photography. Plaintiff serves on the board of the American Society of Media Photographers. Plaintiff's partial client list includes: Billboard, Canon, ESPN, Forbes, Starbucks, Target, The New York Times, and Warner Music Group. Plaintiff resides in Houston, Texas.

2.  On information and belief, Bronson, whose given name is Ariyan Arsiani, is a rapper, reality television personality, author, and talk show host. Bronson resides in Flushing, Queens.[1]

3.  On information and belief, Biz is a Domestic Business Corporation existing under the laws of the State of Illinois, with headquarters in Chicago, Illinois. Biz is a management, consulting, and coaching company specializing in up and coming artists.

4.  On information and belief, Shady is a Domestic Business Corporation existing under the laws of the state of New York, with headquarters in Sherman Oaks, California. Shady is a record label founded by rapper Eminem and Paul Rosenberg. Shady owns and operates Goliath.

---

[1] www.thefader.com/2011/11/30/at-home-with-action-bronson

5.   On information and belief, Goliath is a Domestic Business Corporation existing under the laws of the state of New York, with headquarters in New York, New York. Goliath is a talent firm that manages mostly hip hop artists and acts, including Bronson.

## JURISDICTION AND VENUE

6.   This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

7.   This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

8.   Defendants are subject to personal jurisdiction in New York.

9.   Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

10. This Court also has personal jurisdiction over Defendants, and venue in this District is proper under 28 U.S.C. § 1400(a).

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

11. Plaintiff captured the photograph, "Action Bronson portrait" ("Copyrighted Photograph") on January 6, 2013 at the Free Press Summerfest in Houston, Texas. [Exhibit 1]. Plaintiff was a credentialed photographer during the event and captured Copyrighted Photograph backstage after requesting permission from Bronson.

12. On or about June 4, 2013, Plaintiff posted Copyrighted Photograph to www.toddspoth.com/gallery-image/HIP- HOP/G0000ddQiC7_Lrjk/I0000dXTX7.lMhm0/ C0000gyh0eTMsU2M (Last visited August 13, 2018). [Exhibit 2].

13. Plaintiff registered Copyrighted Photograph with the United States Copyright Office on December 7, 2016 (Registration No.: VA 2-061-040). [Exhibit 3].

14. Without permission or license from Plaintiff, Defendants copied and posted Copyrighted Photograph to Bronson's Instagram account, www.instagram.com/p/a6-JnVl9bX/?taken-by=bambambaklava ("Instagram Post") (Last visited August 13, 2018). [Exhibit 4].

15. Defendants copied Copyrighted Photograph directly from Plaintiff's commercial website to Instagram account.

16. Defendants omitted any credit or reference to Plaintiff in the Instagram Post.

17. Bronson's Instagram account, www.instagram.com/bambambaklava, has 1.4 million followers worldwide.

18. To date, despite numerous demands to Defendants to remove the infringing Instagram post, Defendants have refused to do so. As of the date of this filing, Instagram Post remains online and viewable to the public.

19. To date, Instagram Post has garnered 9,357 likes. [Exhibit 4].

20. As a direct result of Defendants' actions, Copyrighted Photograph was copied by an abundance of third parties, including newspapers, music festivals, blogs, performance venues, skateboard companies, and media companies. [Exhibit 5].

21. On or about March 2, 2016, without permission or license from Plaintiff, Defendants copied and posted Copyrighted Photograph to Bronson's Facebook account,

www.facebook.com/ActionBronsonMusic/photos/a.123396352124.122761.111529277124/1015
4071500387125/?type=3&theater ("Facebook Post") (last visited August 13, 2018). [Exhibit 6].

22. Defendants copied Copyrighted Photograph directly from Plaintiff's commercial website
to Facebook account.

23. Defendants omitted any credit or reference to Plaintiff in the Facebook Post.

24. Bronson's Facebook account, www.facebook.com/ActionBronsonMusic, has 547,000
followers worldwide.

25. On or about March 24, 2016, Defendants copied and distributed Copyrighted Photograph
to numerous third parties as part of a press release titled "Action Bronson Announces Book Deal
with Abrams." [Exhibit 7].

26. As a direct result of Defendants' actions described above, Copyrighted Photograph was
copied and used by numerous third parties, including but not limited to:

- North Coast Festival

- Stereogum

- Los Angeles Daily News

- Join the Republik

- Big Guavafest

- Outbreak Boards

- Circa

- Mandatory

- Exclaim

- A Journal of Musical Things

- Smooth Waves Music

- Ok-Tho

[Exhibit 5].

## COUNT I

## INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

27. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

28. Plaintiff is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to Copyrighted Photograph, which is the subject of a valid Certificate of Copyright Registration by the Register of Copyrights.

29. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute Copyrighted Photograph to the public.

30. Plaintiff is informed and believes Defendants, without the permission or consent of Plaintiff, copied, distributed, and made available for distribution Copyrighted Photograph by posting the image to Bronson's Instagram and Facebook accounts. [Exhibits 4, 6]. In doing so, Defendants violated Plaintiff's exclusive rights of reproduction and distribution. Defendants' actions constitute infringement of Plaintiff's copyright and exclusive rights under copyright.

31. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

32. As a result of Defendants' infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to actual damages, including any profits realized by Defendants attributable to the infringement, pursuant to 17 U.S.C. § 504 for Defendants' infringement of Copyrighted Photograph.

<u>**COUNT II**</u>

<u>**REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. § 1202**</u>

33. Plaintiff is informed and believes that Defendants, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, intentionally removed copyright information management information before displaying Copyrighted Photograph on Bronson's Instagram and Facebook accounts. [Exhibits 4, 6]. In doing so, Defendants violated 17 U.S.C. § 1202(a)(1) and (b)(1).

34. As a result of Defendants' actions, Plaintiff is entitled to actual damages or statutory damages pursuant to 17 U.S.C. § 1203(c). Plaintiff is further entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

A.  Declaring that Defendants' unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B.  Immediately and permanently enjoining Defendants, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C.  Ordering Defendants to account to Plaintiff for all gains, profits, and advantages derived by Defendants by their infringement of Plaintiff's copyright or such damages as are proper;

D.  Awarding Plaintiff actual and/or statutory damages for Defendants' copyright infringement, pursuant to pursuant to 17 U.S.C. § 504, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5), in an amount to be determined at trial;

E.  Awarding Plaintiff his costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F.  Awarding Plaintiff such other and further relief as is just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: August 13, 2018                           Respectfully submitted,

                                                 **REESE LLP**

                                                 */s/ Michael R. Reese*
                                                 Michael R. Reese
                                                 100 West 93rd Street, 16th Floor
                                                 New York, New York 10025
                                                 Telephone: (212) 643-0500
                                                 Facsimile:  (212) 253-4272
                                                 Email:  *mreese@reesellp.com*

                                                         -    and -

                                                 David C. Deal (VA Bar No.: 86005)
                                                 The Law Office of David C. Deal, P.L.C.
                                                 P.O. Box 1042
                                                 Crozet, Virginia 22932
                                                 Telephone: (434) 233-2727
                                                 Facsimile:  (888) 965-8083
                                                 Email:  *david@daviddeal.com*

                                                 *Counsel for Plaintiff*

EXHIBIT 1



EXHIBIT 2



EXHIBIT 3



EXHIBIT 4







EXHIBIT 5











Nectar Saturday, May 9, 2015 3:00pm to 3:45pm





Bronson's BFF, Mario Batali, crashed our recent interview with him recently but was able to talk about writing the forward for Bronson's new book. Batali says that first thing that drew him to want to know Bronson was that he was just so nice. The second was his intense culinary curiosity.



He loved talking about writing the book and about his ambition to write ten more. However, that cordiality fades just a bit when you ask him to choose between making music and making food. He won't choose.













THINGS TO DO · EVENTS

# Why Action Bronson says your underwear is in danger at skateboarding Dew Tour



www.ok-tho.com/2016/04/action-bronsons-fuck-thats-delicious.html





# Action Bronson's "Fuck That's Delicious" Gets Book Deal

By Piccochi Music  **Friday, April 1, 2016**



## ACTION BRONSON ANNOUNCES BOOK DEAL WITH ABRAMS

### *F*ck, That's Delicious: An Annotated Guide to Eating Well* TO ARRIVE IN FALL OF 2017

ABRAMS, the preeminent publisher of illustrated books, has announced that they have signed a deal to publish in Fall 2017 the highly sought out publication of chef and world-class rapper **Action Bronson,** *F*ck, That's Delicious: An Annotated Guide to Eating Well.*

The cookbook will include Bronson's colorful food memories and notes from his global music tours. Equal parts food geekery, rap swagger, and epically appealing recipes, F*ck, That's Delicious will be impressively designed to include graphic art, illustration, food photography, backstage shots, storyboards from his videos, handwritten lyrics, and more. The book will be co-written by James Beard Award-winning food writer Rachel Wharton.

ABRAMS' Executive Editor Holly Dolce signed the World All Language deal with Bronson's literary agent, Marc Gerald at United Talent Agency, and Paul Rosenberg, Bronson's manager and President/CEO of the firm Goliath Artists, Inc.

*"F*ck, That's Delicious will capture all my food moments, many that I got to experience around the world while performing. The book is definitely something I've wanted to do for a very long time, and I'm just happy that it's coming to life,"* says Bronson.

EXHIBIT 6





## EXHIBIT 7

---------- Forwarded message ----------
From: **Biz 3 Publicity** <pressrelease@biz3.net>
Date: Thu, Mar 24, 2016 at 1:16 PM
Subject: ACTION BRONSON ANNOUNCES BOOK DEAL
To: phillips@pitchforkmedia.com

## ACTION BRONSON ANNOUNCES BOOK DEAL WITH ABRAMS

### *F\*ck, That's Delicious: An Annotated Guide to Eating Well* TO ARRIVE IN FALL OF 2017

ABRAMS, the preeminent publisher of illustrated books, has announced that they have signed a deal to publish in Fall 2017 the highly sought out publication of chef and world-class rapper **Action Bronson, *F\*ck, That's Delicious: An Annotated Guide to Eating Well.***

The cookbook will include Bronson's colorful food memories and notes from his global music tours. Equal parts food geekery, rap swagger, and epically appealing recipes, F\*ck, That's Delicious will be impressively designed to include graphic art, illustration, food photography, backstage shots, storyboards from his videos, handwritten lyrics, and more. The book will be co-written by James Beard Award-winning food writer Rachel Wharton.

ABRAMS' Executive Editor Holly Dolce signed the World All Language deal with Bronson's literary agent, Marc Gerald at United Talent Agency, and Paul Rosenberg, Bronson's manager and President/CEO of the firm Goliath Artists, Inc.

*"F\*ck, That's Delicious will capture all my food moments, many that I got to experience around the world while performing. The book is definitely something I've wanted to do for a very long time, and I'm just happy that it's coming to life,"* says Bronson.



**ABOUT ABRAMS**
Founded by Harry N. Abrams in 1949, ABRAMS was the first company in the United States to specialize in the creation and distribution of art and illustrated books. Now a subsidiary of La Martinière Groupe, the company publishes visually stunning illustrated books in the areas of art, photography, cooking, interior and garden design, craft, architecture, entertainment, fashion, sports, pop culture, as well as children's books and general interest titles. The company's imprints include Abrams, Abrams ComicArts, Abrams Image, Abrams Books for Young Readers, Appleseed, and Amulet Books. Abrams also distributes books for The Vendome Press, Victoria & Albert Museum, Tate, Royal Academy of Arts, Booth-Clibborn Editions, Five Continents and others.
www.abramsbooks.com